UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBRA KELLY SAI,

  Plaintiff,

v.                                      CASE NO.: 4:23-cv-00535-MW-MAF

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and
COMENITY CAPITAL BANK,

      Defendants.
                                        /

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, DEBRA KELLY SAI, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 5th day of March, 2024.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar #: 035859
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: (844) 855-9000
Facsimile: (844) 951-3933
Primary Email:
Frank@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 5th day of March, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*