IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEBRA KELLY SAI,**

   *Plaintiff*,

v.                                     Case No.: 4:23cv535-MW/MAF

**EQUIFAX INFORMATION
SERVICES LLC** *et al.*,

   *Defendants*.
_____/

## ORDER FOR DISMISSAL

Plaintiff filed a notice of voluntary dismissal **with prejudice**. ECF No. 23.[1] Inasmuch as Defendant Trans Union LLC has not filed an answer or motion for summary judgment, the notice of voluntary dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). As noted in an earlier order, Plaintiff's claims against the last remaining Defendant—Comenity Capital Bank—are stayed.

**SO ORDERED on April 11, 2024.**

                                                       s/Mark E. Walker
                                                       **Chief United States District Judge**

---

[1] Under Rule 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise," the dismissal is ordinarily without prejudice. Here, Plaintiff specifically states that her claims against Trans Union LLC are dismissed with prejudice. *See* ECF No. 23.