IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEBRA KELLY SAI**,

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC** *et al.,*

Defendant.

_____/

Case No.: **4:23-cv-00535-MW-MAF**

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

<u>July 1, 2024</u>       s/ *Bryston Ford*
DATE       DEPUTY CLERK